# Court of Appeals
# of the State of Georgia

ATLANTA,  October 21, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0332.  CHRISTOPHER MILLER v. CATHERINE LOVE.**

Christopher Miller filed a petition against his ex-wife to modify his child support obligations that were established in the parties' 2008 divorce decree.  Miller also sought changes to the custody provisions requiring that visitation be supervised.  The trial court granted the petition in part and denied it in part, and Miller appealed to this Court.  The Supreme Court, however, has appellate jurisdiction over "[a]ll divorce and alimony cases."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6).  In Georgia, when the obligation to pay child support arises from a prior divorce proceeding, child support is a form of alimony.  Jurisdiction over actions to modify a divorce decree's child support provisions, therefore, lies in the Supreme Court.  See *Spurlock v. Dept. of Human Resources*, 286 Ga. 512, 513 (1) (690 SE2d 378) (2010); *Jones v. Jones*, 280 Ga. 712, 715-716 (2) (632 SE2d 121) (2006).  Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 10/21/2013
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*